# **NOTICE**

The procedure for filing a new civil case can be found at Section 4.0, page 4.1 of the CM/ECF User's Manual.

The Clerk's Office will open the new civil case by entering the case number, judge assignment(s), party names (plaintiff/defendant) and attorney(s) of record.

The Clerk's Office notifies the attorney via the CM/ECF system that the case has been opened .

**At this point, no documents have actually been filed.**

**\*\*Case number MUST be placed on all pleadings
before electronically filing documents.\*\***

Documents are to be electronically filed by the attorney.  Documents are to be electronically filed in this order:

**Complaint** with **civil cover sheet** as an **attachment** to the entry.  The complaint event is located under the heading of "Complaints and Other Initiating Documents".

**OR**

**Notice of Removal** with **Complaint, Service of Process, Pleadings  and Orders** originally filed in state court and **civil cover sheet** as **attachments** to the entry (See 28§1446 and Rule 7(a) of FRCivP).  The Notice of Removal event is located under the heading of "Notices".

If a summons was submitted to the Clerk's Office for issuance, once the complaint has been electronically filed, the Clerk's Office will issue the summons and return to the requesting attorney.  The "summons issued" event will be electronically filed by the Clerk's Office.

(April 2008)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

NOTICE

Pursuant to the Federal Magistrates Act of 1979, signed into law by the President on October 10, 1979;

YOU ARE HEREBY NOTIFIED of your right to consent to having a United States Magistrate Judge of this Court conduct any and all proceedings in a jury or non-jury trial in this matter and to order the entry of judgment in the case. Magistrate Judges do not conduct trials in felony cases. Accordingly, if this case is transferred on consent to the Magistrate Judge, major criminal cases will not interfere with its scheduling and processing. In all likelihood, a consent will mean that this civil case will be resolved sooner and at less expense to the parties.

An appropriate form for such consent is attached hereto. If the parties wish to consent, the attached form should be returned to the Clerk of the Court as soon as practicable. The parties may submit their executed forms independently.

(Rev. 3/99)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|                      |   |          |
|----------------------|---|----------|
|                      | ) |          |
|                      | ) |          |
| **Plaintiff,**       | ) |          |
|                      | ) |          |
| vs.                  | ) | CASE NO. |
|                      | ) |          |
|                      | ) |          |
|                      | ) |          |
| **Defendant.**       | ) |          |

## CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P.73, the parties, being fully aware of the right to trial before a United States District Judge, do hereby consent to allow a United States Magistrate Judge of the Southern District of Illinois to conduct all proceedings in this matter, including but not limited to the trial of this case, and to order and direct the entry of judgment herein.

The parties further consent that upon entry of judgment herein, any aggrieved party may appeal directly to the Seventh Circuit Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

**IT IS FURTHER AGREED** that nothing contained herein shall be deemed to preclude any duly appointed and qualified District Judge of this Court from conducting any and all proceedings, including trial of the above-designated case.

**DATED:**

_____
**Attorney**