IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.<br><br>Defendants. | Case No. 08-331-DRH-CJP |

## CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, Big T Inc., d/b/a A to Z Auto Parts, in the above captioned civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: May 6, 2008

Respectfully submitted,

CAREY & DANIS, LLC

_____
James J. Rosemergy
Michael J. Flannery
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905

Roberta D. Liebenberg, Esquire
Donald L. Perelman, Esquire
Adam Pessin, Esquire
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 567-6565
Fax: (215) 568-5872

Stewart L. Cohen, Esquire
Shannon Lack, Esquire
**COHEN, PLACITELLA & ROTH, P.C.**
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Tel.: (215) 567-3500
Fax: (215) 567-6019

Ruthanne Gordon, Esquire
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel.: (215) 875-3072
Fax: (215) 875-4604

Tom Muzilla, Esquire
**THE MUZILLA LAW FIRM, L.L.C.**
Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, OH  44114

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated.*