# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BIG T INC.,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No: 08-cv-0331-DRH |
| | ) |
| **CHAMPION LABORATORIES, INC.,** | ) |
| **et al.,** | ) |
| | ) |
|     Defendants. | ) |

## ORDER OF RECUSAL

**HERNDON District Judge:**

    The undersigned hereby **RECUSES** himself from further proceedings in the above-entitled matter.  This case is referred to the Clerk of the Court for random reassignment.

    **IT IS SO ORDERED.**

    **DATED this 23rd day of May 2008.**


    /s/     DavidRHerndon
    **DAVID R. HERNDON**
    **Chief Judge**


**NOTE:**    This case has been randomly reassigned to United States District Judge **G. Patrick Murphy**.
All future pleadings shall bear the Case Number **08-cv-0331-GPM.**