≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

     Southern     District of     Illinois

BIG T INC., t/d/b/a A TO Z AUTO PARTS,
on behalf of itself and all others similarly

**SUMMONS IN A CIVIL CASE**

V.

CHAMPION LABORATORIES, INC. ET AL.

CASE NUMBER:   08-331-DRH-CJP

TO: (Name and address of Defendant)

Champion Laboratories, Inc.
c/o CT Corporation
208 SW LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI
Clerk of Court

May 15, 2008

CLERK

*Deborah Heiss* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05-29-08 |
| NAME OF SERVER (PRINT) MITCH SCHAEFER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT CORP
208 S LASALLE, CHICAGO IL 60664

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES PROCESS SERVICE | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-29-08        *Mitch Schaefer*
              Date              Signature of Server

1910 MONTROSE CHICAGO IL 60613
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.