IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE:   June 3, 2008

CASE NO. : 08-331-GPM                CASE NAME: Big T, Inc. v. Champion Laboratories, Inc.,
et al.

DOCUMENT NO.: 6                DOCUMENT TITLE: Summons Returned Executed (upon
Champion Laboratories, Inc.)

One of the following errors/deficiencies has been identified in the document listed above:

☒    **Filer selected Champion Laboratories as the filer, and Big T, Inc. as the party
service was executed upon.  (Should have selected Big T, Inc. as the filer, and
Champion Laboratories as the party service was executed upon.)**

**ACTION TAKEN BY CLERK'S OFFICE**

☒    **Docket entry corrected**

**ACTION REQUIRED BY FILER**

☒    **NO FURTHER ACTION REQUIRED BY FILER**

Norbert G. Jaworski
Clerk of Court

By:   s/ Deborah Weiss
Deputy Clerk