**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>        Defendants. | Case No.  08-cv-00331-DRH-CJP<br><br>Honorable David R. Herndon |

**CHAMPION LABORATORIES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: June 12, 2008                    Respectfully submitted,

                                               By:    /s/ B. John Casey
                                                        B. John Casey (Bar No. 6273464)
                                                        LATHAM & WATKINS LLP
   233 South Wacker Drive
   Sears Tower, Suite 5800
   Chicago, Illinois 60606
   Telephone: (312) 876-7700
   Facsimile (312) 993-9767
   Email: john.casey@lw.com

Of Counsel:                              Attorneys for Defendant
Margaret M. Zwisler                      Champion Laboratories, Inc.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: margaret.zwisler@lw.com

CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on June 12, 2008, I electronically filed the foregoing Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

Roberta D. Liebenberg
Donald L. Perelman
Adam Pessin
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

Stewart L. Cohen
Shannon Lack
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Tom Muzilla
THE MUZILLA LAW FIRM, L.L.C.
Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, Ohio 44114

/s/ B. John Casey
B. John Casey