IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BIG T, INC., d/b/a A TO Z AUTO PARTS,** On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>**CHAMPION LABORATORIES, INC.,** et al.,<br><br>    Defendants. | Civil No. **08-331-GPM/CJP** |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant's Motion for Enlargement of Time **(Doc. 14)** is **GRANTED**.

Defendant Donaldson Company, Inc., is granted additional time, up to and including **July 17, 2008**, in which to respond to plaintiff's complaint.

**IT IS SO ORDERED.**

**DATE: June 16, 2008.**


                                s/ Clifford J. Proud
                                **CLIFFORD J. PROUD**
                                **UNITED STATES MAGISTRATE JUDGE**