## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-331-GPM-CJP |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Murphy  Magistrate Proud |
| Defendants. | ) | |

### DEFENDANT MANN + HUMMEL U.S.A., INC.'S
### STATEMENT UNDER FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Mann + Hummel U.S.A., Inc. hereby states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

Dated: June 20, 2008

Respectfully Submitted,

MANN + HUMMEL U.S.A., INC.

By:   /s/ Kristin L. Lingren

Kristin L. Lingren (No. 6237562)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York 10016
(212) 210-9480

**CERTIFICATE OF SERVICE**

  This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Statement Under Fed. R. Civ. P. 7.1* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri 63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois 60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson Company
Via ECF

as set forth above this 20th day of June, 2008.

                /s/ Kristin L. Lingren