**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIG T INC., d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR INC.<br><br>    Defendants. | Case No. 08-cv-00331-GPM-CJP<br><br>Honorable G. Patrick Murphy<br>Magistrate Judge Clifford J. Proud |

## ENTRY OF APPEARANCE

NOW COMES Todd Cochran of the law firm of Crowell & Moring LLP, and hereby enters his appearance on behalf of Purolator Filters N.A. L.L.C. and Robert Bosch LLC.[1]

Dated: July 18, 2008       Respectfully submitted,

                /s/ Todd J. Cochran
                Todd J. Cochran (Bar No. 6276435)
                CROWELL & MORING LLP
                1001 Pennsylvania Avenue, NW
                Washington, D.C. 20004
                Tel: (202) 624-2500
                Fax: (202) 628-5116
                *Attorney for Purolator Filters N.A. L.L.C.*
                *& Robert Bosch LLC*

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Entry of Appearance" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                          /s/ Todd J. Cochran
                                          Todd J. Cochran