**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIG T INC., d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR INC.<br><br>    Defendants. | Case No.  08-cv-00331-GPM-CJP<br><br>Honorable G. Patrick Murphy<br>Magistrate Judge Clifford J. Proud |

**PUROLATOR FILTERS N.A. L.L.C.'S AND
ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate parent companies:

  Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

  Robert Bosch LLC has two "members," or parents:  Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

---

[1]  Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

2

Dated:  July 18, 2008                                    Respectfully submitted,


/s/ Todd J. Cochran
Todd J. Cochran (Bar No. 6276435)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:    (202) 624-2500
Fax:    (202) 628-5116

*Attorneys for Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Corporate Disclosure Statement" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Todd J. Cochran
Todd J. Cochran