IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE:   July 21, 2008

CASE NO. : 08-331-GPM              CASE NAME: Big T Inc. v. Champion Laboratories, Inc., et al.

DOCUMENT NO.: 32                   DOCUMENT TITLE: Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☒ **Incorrect motion relief selected (PDF and event do not match). The correct motion relief for this type of motion is "Extension of Time to Answer".**
- ☐ Certificate of Service is missing
- ☐ Other:

**ACTION TAKEN BY CLERK'S OFFICE**

- ☐ Docket entry "STRICKEN" as ordered by the Court
- ☒ **Docket entry corrected**
- ☐ Other:

**ACTION REQUIRED BY FILER**

- ☐ Document must be re-filed
- ☐ Amended document must be filed and re-noticed, if applicable
- ☒ **NO FURTHER ACTION REQUIRED BY FILER**
- ☐ Other:

Norbert G. Jaworski
Clerk of Court

By:   s/ Deborah Weiss
Deputy Clerk