IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.; BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC. and<br>ARVINMERITOR, INC.,<br><br>　　　　Defendants. | Case No. 08-cv-331-GPM-CJP |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated: July 24, 2008

Respectfully submitted,

/s/ Todd M. Church
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
tchurch@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

49208-0069/LEGAL14506637.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

/s/ Todd M. Church
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
tchurch@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*