**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of its members and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Champion Laboratories, Inc., *et. al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:08-cv-00331-GPM-CJP<br>)<br>)<br>)<br>) |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　　I hereby enter my appearance as counsel in this case for defendant ArvinMeritor, Inc.

Date:　　　July 28, 2008　　　

　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura C. Hayden　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　　　　　　　　　Laura C. Hayden – No. 06286362　　
　　　　　　　　　　　　　　　　　　　　　　　Print Name
　　　　　　　　　　　　　　　　　　　　　　　12 Wolf Creek Drive　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　　　　　　　　Swansea, IL 62226　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　City, State, Zip Code
　　　　　　　　　　　　　　　　　　　　　　　618-257-7308　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Phone Number
　　　　　　　　　　　　　　　　　　　　　　　618-257-7353　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Fax Number
　　　　　　　　　　　　　　　　　　　　　　　lch@greensfelder.com　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　E-Mail Address

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I caused the foregoing to be filed with the Clerk using the Electronic Court Filing system, which will send notification of such filings to the following:

- **B. John Casey**
  john.casey@lw.com,chefiling@lw.com,jennifer.giordano@lw.com

- **Todd M. Church**
  tchurch@perkinscoie.com

- **Todd J. Cochran**
  tcochran@crowell.com

- **Patrick Collins**
  pcollins@perkinscoie.com

- **Kristin L. Lingren**
  klingren@mandellmenkes.com

- **James J. Rosemergy**
  jrosemergy@careydanis.com

- **Robert H. Shultz , Jr**
  rshultz@hrva.com,edwecf@hrva.com

/s/ Laura C. Hayden
Laura C. Hayden

Dated: July 28, 2008