IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BIG T INC., t/d/b/a A TO Z AUTO PARTS, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>            Defendants. | Case No. 08-cv-00331-GPM-CJP<br><br>Honorable G. Patrick Murphy<br>Magistrate Judge Clifford J. Proud |

**JOINT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiff and Defendants hereby respectfully and jointly move this Court to extend the time for all Defendants to answer, move or otherwise respond to the complaint in this matter for 45 days, until September 30, 2008, in light of the transfer motions pending before the Judicial Panel on Multidistrict Litigation, which were heard on July 31, 2008. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Mann + Hummel U.S.A., Inc., Honeywell International Inc., ArvinMeritor,

Inc., Wix Filtration Corp LLC, Purolator Filters N.A. L.L.C., "Bosch U.S.A.,"[1] and Donaldson Company, Inc. (the "Defendants");

At least 50 complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motions");

The Panel heard oral argument on the MDL Motions on July 31, 2008, and the parties agree that the Panel is likely to order transfer and consolidation of the Filters Cases;

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after the Panel issues an order on the MDL Motions and the Filters Cases are assigned to a transferee court;

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to extend the time for all Defendants to answer, move or otherwise respond to the complaint in this matter for 45 days, until September 30, 2008.

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel for Robert Bosch LLC is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this motion.

2

Dated: August 8, 2008                                      Respectfully submitted,

/s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

*Counsel for Defendant Champion Laboratories, Inc.*

/s/ Patrick M. Collins (with consent)
Patrick M. Collins (Bar No. 6206686)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312-324-8558
Fax: 312-324-9558
Email: pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Corp LLC*

/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ James J. Rosemergy (with consent)
James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905

Donald L. Perelman
Roberta D. Liebenberg
FINE KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: 215-567-6565
Fax: 215-568-5872

Stewart L. Cohen
Shannon Lack
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500
Fax: (215) 567-6019

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875
Fax: (215) 875-4604

Tom Muzilla
THE MUZILLA LAW FIRM, L.L.C.
Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, OH 44114

*Counsel for Plaintiff*

3

/s/ Kristin L. Lingren (with consent)
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax:  (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Todd J. Cochran (with consent)
Todd J. Cochran (Bar No. 6276435)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
Email: tcochran@crowell.com

C*ounsel for Purolator Filters N.A. L.L.C.
and Robert Bosch LLC*

/s/ Russell K. Scott (with consent)
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

**CERTIFICATE OF SERVICE**

  I, B. John Casey, hereby certify that on August 8, 2008, I electronically filed the foregoing Joint Motion for Extension of Time for Defendants to Respond to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt.  Copies of the attached motion have also been sent by Federal Express, overnight delivery to:

> Donald L. Perelman
> Roberta D. Liebenberg
> FINE KAPLAN AND BLACK, R.P.C.
> 1835 Market Street, 28th Floor
> Philadelphia, PA 19103
> Telephone: 215-567-6565
> Fax: 215-568-5872
>
> Stewart L. Cohen
> Shannon Lack
> COHEN, PLACITELLA & ROTH, P.C.
> 2001 Market Street, Suite 2900
> Philadelphia, PA 19103
> Telephone: (215) 567-3500
> Fax: (215) 567-6019
>
> Ruthanne Gordon
> BERGER & MONTAGUE, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Telephone: (215) 875
> Fax: (215) 875-4604
>
> Tom Muzilla
> THE MUZILLA LAW FIRM, L.L.C.
> Tower at Erieview, Suite 1100
> 1301 East 9th Street
> Cleveland, OH 44114

                /s/ B. John Casey
                B. John Casey