IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BIG T, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **08-331-GPM** |
| ) | |
| **CHAMPION LABORATORIES, INC.**, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

This matter comes before the Court upon Plaintiff's and Defendants' Joint Motion for Extension of Time for Defendants to Respond to Complaint. **(Doc. 37).** Upon consideration of the joint motion and good cause having been shown, the motion is hereby **GRANTED**. Defendants shall answer, move or otherwise respond to the complaint in this matter by **September 30, 2008**. NO further extensions will be granted. Having granted said motion, the Clerk fo Court shall note that Docs. 32 and 36, similarly seeking an extensions of time, are rendered **MOOT**.

IT IS SO ORDERED.

DATED:  August 11, 2008

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**