# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08–cv–00331–GPM–CJP

| | |
|---|---|
| Big T Inc. v. Champion Laboratories Inc et al | Date Filed: 05/06/2008 |
| Assigned to: Judge G. Patrick Murphy | Date Terminated: 08/25/2008 |
| Referred to: Magistrate Judge Clifford J. Proud | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Big T Inc.**
*on behalf of itself and all others similarly situated*
*doing business as*
A to Z Auto Parts

represented by **James J. Rosemergy**
Carey &Danis LLC
Generally Admitted
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105–3786
314–725–7700
Fax: 314–721–0905
Email: jrosemergy@careydanis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories Inc**

represented by **B. John Casey**
Latham &Watkins – Chicago
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
312–876–7700
Fax: 312–993–9767
Email: john.casey@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters N.A. L.L.C.**

represented by **Todd J. Cochran**
Crowell &Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20005
202–624–2916
Email: tcochran@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**

represented by **Patrick Collins**

Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8558
Fax: 312–324–9558
Email: pcollins@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Church**
Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8635
Fax: 312–324–9635
Email: tchurch@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Products**

**Defendant**

**Cummins Filtration Inc.**

**Defendant**

**The Donaldson Company**  represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. – Edwardsville
Generally Admitted
105 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc.**

**Defendant**

**Bosch U.S.A**  represented by  **Todd J. Cochran**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Mann + Hummel U.S.A., Inc.**  represented by  **Kristin L. Lingren**
Mandell, Menkes et al.
333 West Wacker Drive
Suite 300

Chicago, IL 60606
312–251–1000
Fax: 312–251–1010
Email: klingren@mandellmenkes.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**                  represented by   **Russell K. Scott**
Greensfelder, Hemker et al. – Swansea
Generally Admitted
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–257–7308
Email: rks@greensfelder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura C. Hayden**
Greensfelder, Hemker et al. – Swansea
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–239–3604
Fax: 618–257–7353
Email: lch@greensfelder.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2008 | Ï 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625005729. Documents may now be electronically filed. Case number 08–331–DRH must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to Consent by Magistrate Judge)(tkm ) (Entered: 05/06/2008) |
| 05/06/2008 | Ï 2 | COMPLAINT against all defendants (Filing fee $ 350.), filed by Big T Inc.. (Attachments: # 1 Civil Cover Sheet)(Rosemergy, James) (Entered: 05/06/2008) |
| 05/06/2008 | Ï 3 | Corporate Disclosure Statement by Big T Inc.. (Rosemergy, James) (Entered: 05/06/2008) |
| 05/15/2008 | Ï 4 | Summons Issued as to Baldwin Filters Inc., Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company. (dmw) (Entered: 05/15/2008) |
| 05/23/2008 | Ï 5 | ORDER OF RECUSAL. Chief Judge David R Herndon recused. Case reassigned to Judge G. Patrick Murphy and Judge G. Patrick Murphy for all further proceedings. Signed by Chief Judge David R Herndon on 5/23/08. (rmb ) (Entered: 05/23/2008) |
| 06/02/2008 | Ï 6 | SUMMONS Returned Executed by Big T Inc. Champion Laboratories Inc. served on 5/29/2008, answer due 6/18/2008. (Rosemergy, James) Modified on 6/3/2008 (dmw). (Entered: 06/02/2008) |
| 06/02/2008 | Ï 7 | SUMMONS Returned Executed by Big T Inc.. The Donaldson Company served on 5/28/2008, answer due 6/17/2008. (Rosemergy, James) (Entered: 06/02/2008) |

| | | |
|---|---|---|
| 06/03/2008 | 8 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 6 Summons Returned Executed. See attached document for specifics (dmw) (Entered: 06/03/2008) |
| 06/09/2008 | 9 | SUMMONS Returned Executed by Big T Inc.. Arvinmeritor Inc served on 6/6/2008, answer due 6/26/2008. (Rosemergy, James) (Entered: 06/09/2008) |
| 06/12/2008 | 10 | NOTICE of Appearance by B. John Casey on behalf of Champion Laboratories Inc (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | 11 | Corporate Disclosure Statement by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | 12 | MOTION for Extension of Time to File Answer re 2 Complaint – *Agreed Motion for Extension of Time to Respond to the Complaint* by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/13/2008 | 13 | NOTICE of Appearance by Robert H. Shultz, Jr on behalf of The Donaldson Company (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | 14 | MOTION for Extension of Time to File Answer by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | 15 | Corporate Disclosure Statement by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/16/2008 | 16 | ORDER granting 14 Motion for Extension of Time to Answer. Answer due 7/17/08. Signed by Magistrate Judge Clifford J. Proud on 6/16/08. (amv) (Entered: 06/16/2008) |
| 06/17/2008 | 17 | ORDER granting 12 Motion for Extension of Time to Answer. Champion Laboratories responsive pleading due by 7/17/08. Signed by Magistrate Judge Clifford J. Proud on 6/17/08. (amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/17/2008) |
| 06/20/2008 | 18 | NOTICE of Appearance by Kristin L. Lingren on behalf of Mann + Hummel U.S.A., Inc. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | 19 | NOTICE by Mann + Hummel U.S.A., Inc. *of Extension of Time to Answer or Otherwise Plead* (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | 20 | Corporate Disclosure Statement by Mann + Hummel U.S.A., Inc.. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/24/2008 | 21 | SUMMONS Returned Executed by Big T Inc.. Wix Filtration Products served on 6/9/2008, answer due 6/30/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/24/2008 | 22 | SUMMONS Returned Executed by Big T Inc.. Mann + Hummel U.S.A., Inc. served on 6/2/2008, answer due 6/23/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/26/2008 | 23 | Consent MOTION for Extension of Time to File Answer re 2 Complaint by Arvinmeritor Inc. (Scott, Russell) (Entered: 06/26/2008) |
| 07/01/2008 | 24 | NOTICE of Appearance by Patrick Collins on behalf of Honeywell International, Inc. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/01/2008 | 25 | Corporate Disclosure Statement by Honeywell International, Inc.. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/02/2008 | 26 | ORDER granting 23 Motion for Extension of Time to Answer. ArvinMeritor, Inc. shall file responsive pleading by 8/15/08. Signed by Magistrate Judge Clifford J. Proud on 7/2/08. (amv) |

| | | |
|---|---|---|
| | | THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/02/2008) |
| 07/02/2008 | 27 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint* by Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Big T Inc., Champion Laboratories Inc, Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 07/02/2008) |
| 07/15/2008 | 28 | SUMMONS Returned Executed by Big T Inc.. Purolator Filters N.A. L.L.C. served on 6/30/2008, answer due 7/21/2008. (Rosemergy, James) (Entered: 07/15/2008) |
| 07/16/2008 | 29 | ORDER granting 27 Motion for Extension of Time to Answer. Defendants Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Champion Laboratories Inc, Honeywell International, Inc., Wix Filtration Products, and The Donaldson Company shall file answers by 8/16/08. Signed by Magistrate Judge Clifford J. Proud on 7/16/08.(amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/16/2008) |
| 07/18/2008 | 30 | NOTICE of Appearance by Todd J. Cochran on behalf of Bosch U.S.A, Purolator Filters N.A. L.L.C. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | 31 | Corporate Disclosure Statement by Bosch U.S.A, Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | 32 | MOTION for Extension of Time to File Answer by Bosch U.S.A, Purolator Filters N.A. L.L.C.(Cochran, Todd) Modified on 7/21/2008 (dmw). (Entered: 07/18/2008) |
| 07/21/2008 | 33 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 32 Motion for Extension of Time filed by Bosch U.S.A, Purolator Filters N.A. L.L.C. See attached document for specifics (dmw) (Entered: 07/21/2008) |
| 07/24/2008 | 34 | NOTICE of Appearance by Todd M. Church on behalf of Honeywell International, Inc. (Church, Todd) (Entered: 07/24/2008) |
| 07/28/2008 | 35 | NOTICE of Appearance by Laura C. Hayden on behalf of Arvinmeritor Inc (Hayden, Laura) (Entered: 07/28/2008) |
| 08/08/2008 | 36 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Extension of Time for Defendants to Respond to Complaint* by Bosch U.S.A, Mann + Hummel U.S.A., Inc., Big T Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 08/08/2008) |
| 08/08/2008 | 37 | Amended MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Extension of Time for Defendants to Respond to Complaint* by Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Big T Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 08/08/2008) |
| 08/12/2008 | 38 | ORDER granting 37 Motion for Extension of Time to Answer to 9/30/08; finding as moot 32 Motion for Extension of Time to Answer and finding as moot 36 Motion for Extension of Time to Answer. Signed by Magistrate Judge Clifford J. Proud on 8/11/08. (myz) (Entered: 08/12/2008) |
| 08/25/2008 | 39 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of IL, MDL 1957, in re Aftermarket Filters Antitrust Litigation.. (Attachments: # 1 Letter from NDIL)(myz) (Entered: 08/25/2008) |

| 08/25/2008 | 40 | Case electronically transferred to the Northern District of IL. (myz) (Entered: 08/25/2008) |